# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.**  09-cv-01822-WDM-KMT | FTR |
| **Date:**  September 14, 2009 | Debra Brown, Deputy Clerk |
| PREMIER ELECTION SOLUTIONS, INC., | No appearance |
| Plaintiffs. | |
| v. | |
| SYSTEST LABS INCORPORATED | Theodore J. Kobus |
| | April Jones |
| Defendant. | |
| IBETA QUALITY ASSURANCE, INC., | Thomas J. Kresl |
| | Jason Largey |
| Interested Party | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:49 a.m.**

Court calls case.  Appearance by counsel. Also present is Ms. Gail Audette a former employee of Systest Labs Incorporated and now employed by iBeta Quality Assurance, Inc. Opening statements by the Court.

**ORDERED:**   MOTION for Leave to File Surreply by Interested Party iBeta Quality Assurance, Inc. [Document #9, filed September 11, 2009] is **GRANTED.**

Defendant's Motion to Compel Compliance with Subpoena or, in the alternative, Motion for Contempt pursuant to Fed.R.Civ.P. 45 [Document #1, filed July 31, 2009] at issue.

| | |
|---|---|
| **9:54 a.m.** | Argument by Mr. Kobus. |
| **10:17 a.m.** | Objections by Mr. Kresl. |
| **10:54 a.m.** | Rebuttal by Mr. Kobus. |

**ORDERED:**   Defendant's Motion to Compel Compliance with Subpoena or, in the alternative, Motion for Contempt pursuant to Fed.R.Civ.P. 45 [Document #1, filed July 31, 2009] is **TAKEN UNDER ADVISEMENT.**  A written opinion will be issued.

**Court in recess: 11:06 a.m.**        Total In-Court Time 1:17; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.